IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **OYSTER OPTICS, LLC,**<br><br>   Plaintiff,<br><br>   v.<br><br>**CORIANT (USA) INC., ET AL.**<br><br>   Defendants. | **Civil Action No. 2:16-cv-01302-JRG**<br><br>**LEAD CASE** |
|    v.<br><br>**ERICSSON INC.**<br><br>   Defendant. | **Civil Action No. 2:16-cv-01300-JRG** |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the Joint Stipulation of Dismissal Without Prejudice (Dkt. No. 141) filed by Plaintiff Oyster Optics, LLC ("Plaintiff") and Defendant Ericsson Inc. ("Ericsson"). In light of this Stipulation, the Court hereby **DISMISSES WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) all claims asserted either by Plaintiff or by Ericsson, with each party to bear its own attorney fees and costs.

The claims against Ciena Corporation that were originally part of member case 2:16-cv-1300 were previously severed into a separate action (*see* Civil Action No. 2:16-cv-1302, Dkt. No. 119; Civil Action No. 2:16-cv-1300, Dkt. No. 38). Accordingly, with the dismissal of Ericsson, the Clerk is directed to **CLOSE** member case 2:16-cv-1300.

**So Ordered this**
   Aug 4, 2017

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE